UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | : Hon. Susan D. Wigenton, U.S.D.J. |
| Plaintiff, | : Civil Action No. 18-4466 (SDW) |
| v. | : DEFAULT JUDGMENT AND FINAL ORDER OF FORFEITURE |
| EIGHTY 220-KG DRUMS OF BENZALDEHYDE, | : |
| Defendants *In Rem* | : |

WHEREAS, on or about March 27, 2018, the United States filed a Verified Complaint for Forfeiture *In Rem* in the United States District Court for the District of New Jersey against eighty 220-kilogram drums of benzaldehyde that were seized by the Drug Enforcement Administration ("DEA") on or about November 12, 2017 at the Port of New York and New Jersey located in Newark Bay, Newark, Essex County, New Jersey (hereinafter referred to as the "defendant property");

WHEREAS, the Verified Complaint alleged that the defendant property is subject to forfeiture to the United States pursuant to 21 U.S.C. § 881(a)(9), which subjects to forfeiture all listed chemicals that have been imported, exported, manufactured, possessed, distributed, dispensed, acquired, or intended to be distributed, dispensed, acquired, imported, or exported in violation of Subchapter II of Chapter 13, Title 21, United States Code;

WHEREAS, on or about April 24, 2018, the United States filed a Notice of Complaint for Forfeiture (the "Notice of Complaint");

WHEREAS, on or about April 24, 2018, the United States filed a Notice of Complaint for Forfeiture (the "Notice of Complaint"). The Notice of Complaint stated that any person who wished to assert an interest in and avoid forfeiture of the defendant property was required to file a verified claim with the Clerk of the Court within thirty-five (35) days after the date the Notice of Complaint was sent or the date of delivery, if personally served. The Notice of Complaint also detailed the procedure for filing a claim and answer;

WHEREAS, on or about April 24, 2018, the United States sent copies of the Verified Complaint and the Notice of Complaint by Federal Express International shipping, to all known parties with a potential interest in the defendant property, as follows:

    (a)    Pehacheve, S.A.
    110 Rue Des Miracles
    Port-Au-Prince, Haiti
    West Indies
    (Tracking No. 7806 6095 8616)

    (b)    Pehacheve, S.A.
    Attn: Carlos Boulos
    110, Rue Des Miracles
    Port-Au-Prince, Haiti
    West Indies
    (Tracking No. 7806 6124 5304)

    (c)    Agence Pehacheve
    Carlo Boulos
    25 Rue Villatte, PV
    Port-au-Prince, Haiti
    West Indies
    Tel.:   509-2-813-1520
    (Tracking No. 7720 6953 3912)

(d)     Shimmer Chemicals Pvt. Ltd.
        E-14, Sardar Estate
        Ajwa Road
        Baroda, 390019
        Gujarat, India
        Tel.:  +91-265-2561914
         (Tracking No. 7720 6974 6230)

(e)     Ornate Lamipack Pvt. Ltd.
        Part-D, GF, Giriraj Apartment
        b/h Barista Coffee, Opp. Income Tax Office
        Race Course, Vadodara – 390007
        Gujarat, India
        Tel.:  +91-265-2332221
        (Tracking No. 7720 6969 6287);

WHEREAS, the correspondence and enclosures described above were all delivered between April 27, 2018 and May 1, 2018;

WHEREAS, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Federal Rules of Civil Procedure (the "Supplemental Rules"), notice was posted on an official internet government forfeiture website, namely www.forfeiture.gov, for at least 30 consecutive days, beginning on July 14, 2018, and running for thirty consecutive days, through August 12, 2018, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Federal Rules of Civil Procedure (the "Supplemental Rules"). Proof of publication was filed on October 25, 2018;

WHEREAS, on December 18, 2018, the Clerk of the Court made entry of default as to the defendant property;

WHEREAS, claims or answers have been filed or made in this action, no other parties have appeared to contest the action to date, and the statutory

time periods in which to do so have expired. *See* Supplemental Rules
G(4)(b)(ii) and G(5)(a) and 18 U.S.C. § 983(a)(4);

WHEREAS, the plaintiff has represented that none of the individuals or
entities who received individual notice, or who were required to receive
individual notice of the filing of the Verified Complaint, is in the military service
of the United States or is an infant or an incompetent person; and

WHEREAS, no previous application for the relief requested herein has
been sought.

IT IS HEREBY, ORDERED, ADJUDGED, AND DECREED as follows:

1.    A Default Judgment and a Final Order of Forfeiture is granted and
hereby entered against the defendant property, namely eighty 220-kg drums of
benzaldehyde, and no right, title, or interest in the defendant property shall
exist in any other party.

The appropriate United States government agency, its agent or designee
shall dispose of the defendant property according to law.

ORDERED this 22nd day of January , 2019.

_____
HON. SUSAN D. WIGENTON, U.S.D.J.
United States District Court